Case 6:10-cv-08037-RDP-JHE Document 61 Filed 09/17/19 Page 1 of 4
Case 6:07-cr-00157-RDP-RRA Document 1 Filed 05/02/07 Page 1 of 4

FILED
2007 May-04 PM 02:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

AHM/EVC: May 2007
GJ# 29

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### JASPER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **PIERRE ERNEST FALGOUT, III** | ) |

## INDICTMENT

**COUNTS ONE through FORTY-THREE:** [18 U.S.C. § 2251(a)]

The Grand Jury charges:

1. On or about the dates indicated below for each count, in Lamar County, within the Northern District of Alabama, and elsewhere, the defendant,

**PIERRE ERNEST FALGOUT, III**,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported in interstate and foreign commerce, and that such visual depiction was produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

2. The allegations of paragraph one are incorporated and realleged for each count below as though fully set out therein.

| COUNT | DATE | IMAGE |
|---|---|---|
| 1 | 01/30/2006 | G.J. Ex. 1 |
| 2 | 01/30/2006 | G.J. Ex. 2 |
| 3 | 01/23/2006 | G.J. Ex. 3 |
| 4 | 01/23/2006 | G.J. Ex. 4 |
| 5 | 12/31/2004 | G.J. Ex. 5 |
| 6 | 09/10/2005 | G.J. Ex. 6 |
| 7 | 07/19/2005 | G.J. Ex. 7 |
| 8 | 07/19/2005 | G.J. Ex. 8 |
| 9 | 07/19/2005 | G.J. Ex. 9 |
| 10 | 07/31/2005 | G.J. Ex. 10 |
| 11 | 07/31/2005 | G.J. Ex. 11 |
| 12 | 07/31/2005 | G.J. Ex. 12 |
| 13 | 08/01/2005 | G.J. Ex. 13 |
| 14 | 08/01/2005 | G.J. Ex. 14 |
| 15 | 08/01/2005 | G.J. Ex. 15 |
| 16 | 08/01/2005 | G.J. Ex. 16 |
| 17 | 08/01/2005 | G.J. Ex. 17 |
| 18 | 04/24/2004 | G.J. Ex. 18 |
| 19 | 08/04/2005 | G.J. Ex. 19 |

| 20 | 08/04/2005 | G.J. Ex. 20 |
| 21 | 08/04/2005 | G.J. Ex. 21 |
| 22 | 08/04/2005 | G.J. Ex. 22 |
| 23 | 08/04/2005 | G.J. Ex. 23 |
| 24 | 08/04/2005 | G.J. Ex. 24 |
| 25 | 08/04/2005 | G.J. Ex. 25 |
| 26 | 11/09/2005 | G.J. Ex. 26 |
| 27 | 11/09/2005 | G.J. Ex. 27 |
| 28 | 02/08/2006 | G.J. Ex. 28 |
| 29 | 02/08/2006 | G.J. Ex. 29 |
| 30 | 11/05/2006 | G.J. Ex. 30 |
| 31 | 08/05/2005 | G.J. Ex. 31 |
| 32 | 08/05/2005 | G.J. Ex. 32 |
| 33 | 08/05/2005 | G.J. Ex. 33 |
| 34 | 08/05/2005 | G.J. Ex. 34 |
| 35 | 08/05/2005 | G.J. Ex. 35 |
| 36 | 08/05/2005 | G.J. Ex. 36 |
| 37 | 08/05/2005 | G.J. Ex. 37 |
| 38 | 08/05/2005 | G.J. Ex. 38 |
| 39 | 08/05/2005 | G.J. Ex. 39 |

| | | |
|---|---|---|
| 40 | 08/05/2005 | G.J. Ex. 40 |
| 41 | 08/05/2005 | G.J. Ex. 41 |
| 42 | 08/05/2005 | G.J. Ex. 42 |
| 43 | 08/07/2005 | G.J. Ex. 43 |

All in violation of Title 18, United States Code, Section 2251(a).

A TRUE BILL

/e/ electronic signature

FOREMAN OF THE GRAND JURY

ALICE H. MARTIN
United States Attorney

 /e/ electronic signature
E. VINCENT CARROLL
Assistant United States Attorney