Case 6:10-cv-03037-RDP-JHE Document 6-2 Filed 09/17/10 Page 1 of 5
Case 6:07-cr-00157-RDP-RRA Document 13 Filed 07/31/07 Page 1 of 5

FILED
2007 Sep-17 PM 02:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

AHM/LDH: Aug. 2007
GJ# 6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 6:07-cr-157-RDP-RRA |
| | ) | **Superseding Indictment** |
| PIERRE ERNEST FALGOUT, III | ) | |

## INDICTMENT

**COUNTS ONE through FORTY-THREE:** **[18 U.S.C. § 2251(a)]**

The Grand Jury charges:

1. On or about the dates indicated below for each count, in Lamar County, within the Northern District of Alabama, and elsewhere, the defendant,

**PIERRE ERNEST FALGOUT, III**,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported in interstate and foreign commerce, and that such visual depiction was produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

2. The allegations of paragraph one are incorporated and realleged for each

count below as though fully set out therein.

| COUNT | DATE | IMAGE |
|---|---|---|
| 1 | 01/30/2006 | G.J. Ex. 1 |
| 2 | 01/30/2006 | G.J. Ex. 2 |
| 3 | 01/23/2006 | G.J. Ex. 3 |
| 4 | 01/23/2006 | G.J. Ex. 4 |
| 5 | 12/31/2004 | G.J. Ex. 5 |
| 6 | 09/10/2005 | G.J. Ex. 6 |
| 7 | 07/19/2005 | G.J. Ex. 7 |
| 8 | 07/19/2005 | G.J. Ex. 8 |
| 9 | 07/19/2005 | G.J. Ex. 9 |
| 10 | 07/31/2005 | G.J. Ex. 10 |
| 11 | 07/31/2005 | G.J. Ex. 11 |
| 12 | 07/31/2005 | G.J. Ex. 12 |
| 13 | 08/01/2005 | G.J. Ex. 13 |
| 14 | 08/01/2005 | G.J. Ex. 14 |
| 15 | 08/01/2005 | G.J. Ex. 15 |
| 16 | 08/01/2005 | G.J. Ex. 16 |
| 17 | 08/01/2005 | G.J. Ex. 17 |

| | | |
|---|---|---|
| 18 | 04/24/2006 | G.J. Ex. 18 |
| 19 | 08/04/2005 | G.J. Ex. 19 |
| 20 | 08/04/2005 | G.J. Ex. 20 |
| 21 | 08/04/2005 | G.J. Ex. 21 |
| 22 | 08/04/2005 | G.J. Ex. 22 |
| 23 | 08/04/2005 | G.J. Ex. 23 |
| 24 | 08/04/2005 | G.J. Ex. 24 |
| 25 | 08/04/2005 | G.J. Ex. 25 |
| 26 | 11/09/2005 | G.J. Ex. 26 |
| 27 | 11/09/2005 | G.J. Ex. 27 |
| 28 | 02/08/2006 | G.J. Ex. 28 |
| 29 | 02/08/2006 | G.J. Ex. 29 |
| 30 | 11/05/2006 | G.J. Ex. 30 |
| 31 | 08/05/2005 | G.J. Ex. 31 |
| 32 | 08/05/2005 | G.J. Ex. 32 |
| 33 | 08/05/2005 | G.J. Ex. 33 |
| 34 | 08/05/2005 | G.J. Ex. 34 |
| 35 | 08/05/2005 | G.J. Ex. 35 |
| 36 | 08/05/2005 | G.J. Ex. 36 |

| | | |
|---|---|---|
| 37 | 08/05/2005 | G.J. Ex. 37 |
| 38 | 08/05/2005 | G.J. Ex. 38 |
| 39 | 08/05/2005 | G.J. Ex. 39 |
| 40 | 08/05/2005 | G.J. Ex. 40 |
| 41 | 08/05/2005 | G.J. Ex. 41 |
| 42 | 08/05/2005 | G.J. Ex. 42 |
| 43 | 08/07/2005 | G.J. Ex. 43 |

All in violation of Title 18, United States Code, Section 2251(a).

**COUNT FORTY-FOUR**: [18 U.S.C. § 2251(a)]

The Grand Jury charges:

From in or about August, 2005, until in or about November 30, 2006, a more specific date being unknown to the Grand Jury, in Lamar County, within the Northern District of Alabama, the defendant,

**PIERRE ERNEST FALGOUT, III**,

did employ, use, persuade, induce, and entice a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, that is, a videotape (Grand Jury Exhibit 44), said visual depiction which was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, in violation of Title 18, United

4

States Code, Section 2251(a).

A TRUE BILL

*/s/ electronic signature*

FOREMAN OF THE GRAND JURY	ALICE H. MARTIN
United States Attorney

*/s/ electronic signature*
_____
LAURA D. HODGE
Assistant United States Attorney